# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| NAOMA L. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-3174-CV-C-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is Defendants' Motion for Final Judgment (Doc. # 6). On October 28, 2003, the Court remanded this case pursuant to 42 U.S.C. § 405(g), sentence 6. Defendant states that upon remand, an ALJ issued a favorable decision in December 2004, finding that all outstanding disability issues were resolved in plaintiff's favor.

Accordingly, as there is no longer a case or issue properly before the Court, the Court hereby **GRANTS** defendant's Motion for Final Judgment (Doc. # 6) and hereby DISMISSES this action.

**IT IS SO ORDERED.**


Date: March 22, 2006     **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri     Fernando J. Gaitan, Jr.
                          United States District Judge